UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jan F. Becker

       v.                            Case No. 08-cv-185-SM

Margaret Blightler, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 19, 2008, no objection having been filed, for the reasons set forth therein   Plaintiff's petition for writ of habeas corpus is hereby dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

June   10 ,   2008                                 _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:     Jan F. Becker, pro se