# United States Court of Appeals
## For the First Circuit

No. 08-1873

JAN F. BECKER,

Petitioner, Appellant,

v.

MARGARET BEIGHTLER, ET AL.,

Respondents, Appellees.

Before

Lynch, <u>Chief Judge</u>,
Boudin and Lipez, <u>Circuit Judges</u>.

**JUDGMENT**
**Entered: November 12, 2008**

Appellant's motion to proceed in forma pauperis is denied, a certificate of appealability is denied, and the appeal is <u>terminated</u>, essentially for the reasons stated in the May 19, 2008 Report and Recommendation.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Kelly Ayotte
Jan Becker

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/8/09